IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01356-WYD-BNB

CURTIS GUIDRY,

Plaintiff,

v.

UNITED STATES OF AMERICA, and
J&J MAINTENANCE, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendant United States or America's and Third-Party Defendant Maintenance Engineers *Unopposed* Motion to Extend Dates Established In the Scheduling Order Entered October 18, 2005** [Doc. # 27, filed 5/11/06] (the "Motion"). The Motion recites that a new party has been added to the case and the revisions to the case schedule are required.

IT IS ORDERED that the case is set for a supplemental scheduling conference on **May 24, 2006, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall prepare a revised scheduling order in compliance with the form attached as Appendix F, D.C.COLO.LCivR, and submit it to the court on or before **May 22, 2006**.

IT IS FURTHER ORDERED that the Motion is DENIED as moot in view of the supplemental scheduling conference ordered here.

Dated May 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge