IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01356-WYD-BNB

CURTIS GUIDRY,

Plaintiff,

v.

UNITED STATES OF AMERICA, and
J&J MAINTENANCE, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Unopposed Motion for Attendance at Fed. R. Civ. P. 16(b) Scheduling and Planning Conference By Telephone** [Doc. # 33, filed 6/2/06] is GRANTED. Joseph R. Winston, counsel for the plaintiff, may attend the supplemental scheduling conference by telephone. Mr. Winston is directed to contact the court at 303-844-6408 at the appropriate date and time to participate in the supplemental scheduling conference.

DATED: June 2, 2006