IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01356-WYD-OES

CURTIS GUIDRY,

     Plaintiff(s),

v.

UNITED STATES OF AMERICA; and
J&J MAINTENANCE, INC.,

     Defendant(s).

## ORDER

THIS MATTER is before the Court on the Stipulated Motion to Dismiss Defendant J&J Maintenance, Inc. With Prejudice, filed June 2, 2006 ("Motion to Dismiss").  Upon review of the Motion to Dismiss and the file herein, I find that the Motion to Dismiss should be and hereby is **GRANTED**.  Therefore, it is

ORDERED that the claims and causes of action that Plaintiff has asserted against Defendant J&J Maintenance, Inc. are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

Dated:  June 8, 2006

                                    BY THE COURT:
                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge