IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01356-WYD-BNB

CURTIS GUIDRY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **December 18, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 20, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge