IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01356-WYD-OES

CURTIS GUIDRY,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA; and
J&J MAINTENANCE, INC.,

    Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Joint Motion to Dismiss Pursuant to Rule 41(a), filed January 10, 2007 (docket #50).  The parties request dismissal of this matter with prejudice pursuant to Fed. R. Civ. P. 41(a) for the reasons set forth in the parties' Stipulation for Compromise Settlement, filed December 7, 2006.  Upon review of the motion and file in this matter, I find that this case should be and hereby is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a).

Dated:  January 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge